# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

IN RE:                          )

  Todd Alan Preble and Stacy Gwen Preble    )    Case No. 10-23304

                            )

                   Debtor(s).       )

## DEBTORS' CHAPTER 13 PLAN AND PLAN SUMMARY

| | | |
|---|---|---|
| **DEBTORS:** | Todd Alan Preble | SSN (last four): 2873 |
| | Stacy Gwen Preble | SSN (last four): 1523 |
| **ADDRESS:** | 2928 N. 47th St. | |
| | Kansas City, KS 66104 | |

DEBTORS' ATTORNEY: Sarah A. Sypher KS Supreme Court # 21993

**PLAN PAYMENT:**    Debtors shall pay approximately $119 biweekly from future earnings via voluntary wage withholding order the standing Chapter 13 trustee.

United Rentals
12802 Tampa Oaks Blvd., Suite 350
Temple Terrace, FL 33637

Debtors agree in advance to any necessary plan payment increases due to claims filed in amounts higher than originally scheduled. Debtors reserve the right to object to such claims for any reason, including amount of claim.

**ADMINISTRATIVE COSTS**:        Proposed pre-confirmation attorney fees are $3,000
                                $ 1046 has been paid by the debtors to the attorney.
                                $ 1954 (balance) will be paid through the plan at a rate of 50% from each monthly payment on hand at time of disbursement until attorney fees are paid in full.

                                Filing Fee:    $ 274 already paid.
                                          $ 0 paid through the plan.

Pursuant to debtors' fee agreement with counsel, post-confirmation attorney fees, if any, shall be paid through this Chapter 13 Plan at the rate in effect at the time the work is performed, currently $200/hour as an administrative expense by submission of fee application(s) by debtors' counsel.

In the event that this case is dismissed prior to confirmation, attorney fees shall be paid, to the extent possible, out of funds available.

**PRIORITY CLAIMS:**

| CREDITOR | AMOUNT | PLAN PAYMENT |
|---|---|---|
| **Wyandotte County Treasurer** | **$2500** | **pro rata** |

**Pay 100% of all allowed priority claims**


**RESIDENTIAL HOME MORTGAGES:**

| | CREDITOR | ARREARS AMOUNT | PLAN PAYMENT |
|---|---|---|---|
| **1ST** | **KC Fairfax Federal Credit Union** | **$0** | **keep current** |

**Arrearage Interest Rate = 0%**
**Post-Petition payments shall be made directly by the debtors.**


**LONG TERM DEBTS[3] PURSUANT TO §1322(b)(5) AND EXCEPTED FROM DISCHARGE PURSUANT TO §1328(a)(1)**

| CREDITOR | ARREARS AMOUNT | PLAN PAYMENT |
|---|---|---|

**SECURED CREDITORS:** The holder of such a claim shall retain its lien, unless avoided pursuant to §522(f), (§1325(a)(5)), until the earlier of the payment of the underlying debt determined under non-bankruptcy law or the discharge under §1328 and if the case is dismissed or converted without completion of the plan the lien also shall be retained by such holder to the extent recognized by applicable non-bankruptcy law.

Secured creditors other than those secured only by a mortgage on the Debtor's homestead, are generally paid the value of their collateral or the claim amount, whichever is less, with a discount rate applicable at time of filing.

| | EST. CLAIM | VALUE | AMT. TO BE PAID |
|---|---|---|---|
| 1. Nebraska Furniture Mart | $570 | $200 | $200 |

COLLATERAL: Household Goods
Debtors purchased these items more than 1 year prior to filing. This claim shall be paid in full at the Till rate of interest.

| | EST. CLAIM | VALUE | AMT. TO BE PAID |
|---|---|---|---|
| 2. KC Fairfax Federal Credit Union | $832 | $832 | $832 |

COLLATERAL: Father's headstone
This Claim shall be paid in full at the Till rate of interest.

**EXECUTORY CONTRACTS & UNEXPIRED LEASES: NONE**

**LIEN AVOIDANCES TO BE FILED: NONE**

**AUTO INSURANCE PROVIDER: American Family**

**SPECIAL CLASS CREDITORS: NONE**

**GENERAL UNSECURED CREDITORS:** Creditors with general unsecured non-priority claims will be paid any funds NOT NECESSARY TO SATISFY administrative expenses, secured claims and priority claims, within the initial 36 months of this Plan.

**TERMINATION:** Plan shall terminate upon payment of the above, no more than 60 months.

**OTHER REMARKS OR PROVISIONS: There is a Disposable Income "POT" of $9871 ($164.53 monthly disposable income x 60 month commitment period).**


Dated: September 23, 2010

Debtor:  /s/ Todd Preble

Joint Debtor: /s/ Stacy Preble

BY:      /s/ Sarah A. Sypher_____
         Sarah A. Sypher #21993
         Sypher Law Group, L.L.C.
         10955 Lowell Avenue, Suite 630
         Overland Park, KS 66210
         sarah@sypherlaw.com